FILED

March 04, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002461718

1  Maria C. Jaime, (SBN 231502)
   CURTIS LEGAL GROUP
2  A Professional Corporation
   1300 K Street, Second Floor
3  Post Office Box 3030
   Modesto, CA 95353
4  Telephone: (209) 521-1800
   Facsimile: (209) 572-3501
5  E-Mail: MJaime@curtislegalgroup.com

6  Attorney for Debtors

7

                    UNITED STATES BANKRUPTCY COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9                          MODESTO DIVISION

10

11 In re:                                Case Number:10-90639
                                          Chapter 7
12 Thomas Alvin & Judith Elaine Moon
                                          DC No.: CLG-001
13      Debtors,                          Date:  April 21, 2010
                                          Time: 10:30 a.m.
14                                        Place: 1200 I Street, Suite 4
                                                 Modesto, CA 95354
15
   _____/    Dept. E
16

17          **MOTION TO ABANDON DEBTOR S'**
         **BUSINESS OF LEASING REAL PROPERTY**
18

19      The Debtors, **Thomas A. Moon & Judith E. Moon,** Debtors hereby request, pursuant to

20 Federal Rules of Bankruptcy Procedure, Rule 6007 (b), an order abandoning their business of

   leasing out real properties located at 375 West Avenue, Turlock, California 95380 and 314-318
21
   Church Avenue, Oakdale, California 95361, for the reasons set forth in the declaration of
22 debtors, filed concurrently herewith.

23 Dated: March 4, 2010              **CURTIS LEGAL GROUP**
                                      A Professional Corporation
24

25

26                                   By: **/s/ Maria C. Jaime**
                                         MARIA C. JAIME,
27                                       Attorneys for Debtors

28

        **MOTION TO ABANDON DEBTOR S' BUSINESS OF LEASING REAL PROPERTY**