FILED

March 04, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002461720

Maria C. Jaime, (SBN 231502)
CURTIS LEGAL GROUP
A Professional Corporation
1300 K Street, Second Floor
Post Office Box 3030
Modesto, CA 95353
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
E-Mail: MJaime@curtislegalgroup.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

In re:

Thomas Alvin & Judith Elaine Moon

      Debtors,

_____/

Case Number: 10-90639
Chapter 7

DC No.: CLG-001

Date:  April 21, 2010
Time: 10:30 a.m.
Place: 1200 I Street, Suite 4
      Modesto, CA 95354

## EXHIBIT TO DECLARATION OF DEBTORS, THOMAS A. & JUDITH E. MOON, IN SUPPORT DEBTORS' MOTION TO ABANDON DEBTORS' BUSINESS OF LEASING REAL PROPERTY

Debtors, **Thomas A. Moon & Judith E. Moon,** hereby attach Exhibit "A", to their Declaration In Support Of Debtors' Motion to Abandon Debtor's Business Of Leasing Real Property.

Executed on March 4, 2010 at Modesto, California.

/s/ *Thomas A. Moon*
**Debtor, Thomas Alvin Moon**

/s/ *Judith E. Moon*
**Debtor, Judith Elaine Moon**

DECLARATION OF DEBTORS, THOMAS A. & JUDITH E. MOON,
IN SUPPORT DEBTORS' MOTION TO ABANDON
DEBTORS' BUSINESS OF LEASING REAL PROPERTY

Exhibit "A"

Rent and other real property income
Source of Income: 375 West Avenue N, Turlock, CA
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 08/2009 | $1,195.84 | $1,602.84 | $-407.00 |
| 5 Months Ago: | 09/2009 | $1,195.84 | $1,602.84 | $-407.00 |
| 4 Months Ago: | 10/2009 | $1,195.84 | $1,602.84 | $-407.00 |
| 3 Months Ago: | 11/2009 | $1,195.84 | $1,602.84 | $-407.00 |
| 2 Months Ago: | 12/2009 | $1,195.84 | $1,602.84 | $-407.00 |
| Last Month: | 01/2010 | $1,195.84 | $1,602.84 | $-407.00 |
| | Average per month: | $1,195.84 | $1,602.84 | |
| | | | Average Monthly NET Income: | $-407.00 |

Rent and other real property income
Source of Income: 314-318 Church Avenue, Oakdale, CA
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 08/2009 | $1,150.00 | $1,211.36 | $-61.36 |
| 5 Months Ago: | 09/2009 | $1,150.00 | $1,211.36 | $-61.36 |
| 4 Months Ago: | 10/2009 | $1,150.00 | $1,211.36 | $-61.36 |
| 3 Months Ago: | 11/2009 | $1,150.00 | $1,211.36 | $-61.36 |
| 2 Months Ago: | 12/2009 | $1,150.00 | $1,211.36 | $-61.36 |
| Last Month: | 01/2010 | $1,150.00 | $1,211.36 | $-61.36 |
| | Average per month: | $1,150.00 | $1,211.36 | |
| | | | Average Monthly NET Income: | $-61.36 |

Rent and other real property income
Source of Income: 3335 42nd Street, Sacramento, CA
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 08/2009 | $1,080.00 | $1,412.02 | $-332.02 |
| 5 Months Ago: | 09/2009 | $1,080.00 | $1,412.02 | $-332.02 |
| 4 Months Ago: | 10/2009 | $1,080.00 | $1,412.02 | $-332.02 |
| 3 Months Ago: | 11/2009 | $1,080.00 | $1,412.02 | $-332.02 |
| 2 Months Ago: | 12/2009 | $1,080.00 | $1,412.02 | $-332.02 |
| Last Month: | 01/2010 | $0.00 | $1,412.02 | $-1,412.02 |
| | Average per month: | $900.00 | $1,412.02 | |
| | | | Average Monthly NET Income: | $-512.02 |