FILED
March 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002463686

Maria C. Jaime, (SBN 231502)
CURTIS LEGAL GROUP
A Professional Corporation
1300 K Street, Second Floor
Post Office Box 3030
Modesto, CA 95353
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
E-Mail: MJaime@curtislegalgroup.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

In re:

Thomas Alvin & Judith Elaine Moon

    Debtors,

_____/

Case Number: 10-90639
Chapter 7

DC No.: CLG-001

Date: April 21, 2010
Time: 10:00 a.m.
Place: 1200 I Street, Suite 4
       Modesto, CA 95354

Dept. E

## AMENDED DECLARATION OF DEBTORS, THOMAS A. & JUDITH E. MOON, IN SUPPORT OF DEBTORS' MOTION TO ABANDON DEBTORS' BUSINESS OF LEASING REAL PROPERTY

We, **Thomas A. Moon & Judith E. Moon**, declare as follows:

1.     We are the debtors in the above-referenced case. We state the following facts on our own personal knowledge and know them to be true, except those facts stated on information and belief, which facts we are informed and believe to be true.

2.     We are requesting that the Trustee abandon, on behalf of the Bankruptcy Estate, and interest in our business of leasing out real property.

3.     We filed a Chapter 7 proceeding in this jurisdiction on February 23, 2010.

4.     We own a total of three rental properties.

5. We intend to surrender on of the rental properties, specifically, the property located at 3335 42nd Street, Sacramento, California 95817. The mortgage balance owed on that property is approximately, $171,846.00. The amount owed exceeds the current market value price of $128,500.00. We anticipate this property will be surrendered to the bank via a foreclosure sale and it will sit empty until the bank forecloses.

6. We also own two other rental properties. Those properties are located at 375 West Avenue, Turlock, California 95380 and 314-318 Church Avenue, Oakdale, California 95361. We intend to attempt to keep those properties and continue to pay the mortgage securing the respective properties.

7. We currently have tenants in those properties and would like them to remain on the property.

8. The property located at 375 West Turlock, California 95380 has a mortgage of approximately, $205,000.00. The amount owed exceeds the current market value price of $156.000.00. The mortgage payment is $1,195.84. The taxes, insurance, and utilities on this property are $407.00 per month. We collect rent in the amount of $1,550.00. The rent we collect does not cover the expenses.

9. The property located at 314-318 Church Avenue, Oakdale, California 95361 has a mortgage of approximately $160,000.00. The amount owed exceeds the current market value price of $129,500.00. The mortgage payment is $1,101.36. The utilities on this property are $110.00 per month. We collect rent in the amount of $1,150.00. The rent we collect does not cover the expenses.

10. We do not make a profit from this business of leasing rental properties. We are unable to lease these properties at a higher rate to make a profit, due to our present economy.

11. A copy of a outline on all the lease properties income and expense are attached and made a part hereof as Exhibit "A"

We declare under the penalty of perjury that the foregoing is true and correct and if called as witnesses we could and would testify competently thereto.

Executed on March 5, 2010 at Modesto, California.

*/s/ Thomas A. Moon*
Debtor, Thomas Alvin Moon

*/s/ Judith E. Moon*
Debtor, Judith Elaine Moon

**AMENDED DECLARATION OF DEBTORS, THOMAS A. & JUDITH E. MOON, IN SUPPORT DEBTORS' MOTION TO ABANDON DEBTORS' BUSINESS OF LEASING REAL PROPERTY**

- 3 -